UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL BERGERON, derivatively on behalf of<br>Ridgewood Electric Power Trust V and<br>Ridgewood Power Growth Fund<br>　　　Plaintiffs,<br><br>v.<br><br>RIDGEWOOD ELECTRIC POWER TRUST V,<br>RIDGEWOOD POWER GROWTH FUND,<br>RIDGEWOOD RENEWABLE POWER, LLC,<br>RIDGEWOOD ENERGY HOLDING CORP., and<br>ROBERT E. SWANSON<br>　　　Defendants,<br><br>and<br><br>RIDGEWOOD U.K. LLC,<br>RIDGEWOOD ROC 2003, LLC,<br>RIDGEWOOD ROC II 2003, LLC,<br>RIDGEWOOD ROC III 2003, LLC,<br>RIDGEWOOD ROC IV 2004, LLC, and<br>ARBUTUS ENERGY LIMITED<br>　　　Nominal Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CA NO: 2007-10622 RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR SUMMARY REMAND OR ALTERNATIVELY,
TO REMAND FOR LACK OF COMPLETE DIVERSITY**

Plaintiff Paul Bergeron, suing derivatively on behalf of Ridgewood Electric Power Trust

V and Ridgewood Power Growth Fund, respectfully moves on an expedited basis pursuant to 28

U.S.C. § 1446(c)(4) and/or 28 U.S.C. §1447(c) to remand this matter to the Business Litigation

Session of the Massachusetts Superior Court for Suffolk County as this Court lacks subject

matter jurisdiction.  The United States Supreme Court has established conclusively that the

citizenship of nonincorporated entities, such as the trusts in this case, must be determined

according to the citizenship of all of the trusts' members.  *C.T. Carden v. Arkoma Associates*,

494 U.S. 185, 195-197 (1990). Here, both the plaintiff and two defendants are Massachusetts citizens. As there is no complete diversity, this Court lacks subject matter jurisdiction and the case should be remanded forthwith.

In further support of this motion, plaintiff incorporates his memorandum of law filed herewith.

WHEREFORE, plaintiff respectfully requests that the Court remand this action to the Business Litigation Session of the Massachusetts Superior Court for Suffolk County.

PAUL BERGERON,

Derivatively on behalf of
RIDGEWOOD ELECTRIC POWER TRUST V
and RIDGEWOOD POWER GROWTH FUND
By their attorneys,


/s/ Michael Paris
William C. Nystrom (BBO #:559656)
Michael Paris (BBO #: 556791)
Katherine A. Watras (BBO #: 647219)
NYSTROM BECKMAN & PARIS, LLP
10 St. James Avenue, 16th floor
Boston, MA 02116
P: 617-778-9100
F: 617-779-9110

April 13, 2007


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel and counsel for the defendants, Walter Judge, conferred by telephone on Monday, April 2, 2007, and cannot agree to the issues raised in this motion.

/s/ William C. Nystrom

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 13th day of April, 2007.

/s/ Michael Paris

3